UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Grabowski, *et al.*,

    Plaintiffs,

v.                                                                    Case No. 09-10503

Citibank Corporation, *et al.*,                      Honorable Sean F. Cox

    Defendants.
_____/

### ORDER OF DISMISSAL

    This action was removed to this Court on February 10, 2009.

    A routine review of the docket revealed that no summons has been returned executed as to Defendant Citibank Corporation, although the time for service under FED. P. CIV. P. 4(m) has expired. Accordingly, on June 24, 2009, this Court issued an "Order Directing Plaintiff to Show Cause," requiring Plaintiffs to show cause, in writing, no later than July 6, 2009, why this case should not be dismissed for failure to effect timely service of process as to Defendant Citibank Corporation. (Docket Entry No. 5).

    Plaintiffs did not file any response that Order.

    Pursuant to this Court's June 24, 2009 Order Directing Plaintiff to Show Cause, and pursuant to FED. R. CIV. P. 4(m), **IT IS ORDERED** that Defendant Citibank Corporation is hereby **DISMISSED WITHOUT PREJUDICE** from this action.

    **IT IS SO ORDERED.**

                                        s/Sean F. Cox
                                        Sean F. Cox
                                        United States District Judge

Dated: August 4, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

David Grabowski, *et al.*,

    Plaintiffs,

v.                                                                                            Case No. 09-10503

Citibank Corporation, *et al.*,                                         Honorable Sean F. Cox

    Defendants.
_____/

PROOF OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon counsel of record on August 4, 2009, by electronic and/or ordinary mail.

                                    s/Jennifer Hernandez
                                    Case Manager